United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-50916
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSE MANUEL HERRERA-DUAY also known as, Jose Manuel Herrero
also known as, Jose Manuel Herrera also known as, Jose
Herrero

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
(05-CR-2610)
---------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate
sentence of district court is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to
remand to district court for resentencing is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion for extension time to file Appellee's brief thirty (30) days from Court's denial of Appellee's motion to vacate and remand is DENIED as moot.